

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED
MAY 14 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 14, 2007

**VIA FACSIMILE**
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Raveendra Puttaramu,**
      **07 Cr. 348 (RPP)**

Dear Judge Patterson:

On April 12, 2006, defendant in the above-captioned matter was arrested and presented before Magistrate Judge Debra C. Freeman on the enclosed Complaint. The defendant was ordered detained, and as of today is still in custody in the Brooklyn MDC. On April 25, 2007, a Grand Jury sitting in this District returned the enclosed three-count indictment, which charges defendant with one count of conspiracy to commit food stamp fraud and theft of government funds, in violation of 18 U.S.C. § 371, one count of food stamp fraud, in violation of, inter alia, 7 U.S.C. §§ 2024(b)(1) and 2016, and one count of theft of government funds, in violation of 18 U.S.C. § 641. The case initially was assigned to Judge Kram, who referred the case to Magistrate Court for arraignment, and the defendant was arraigned on April 20, 2007. The case was reassigned to Your Honor on May 2, 2007.

The parties currently are scheduled to appear before the Court on Friday, May 18, 2007, at 9:30 a.m. In the meantime, the Government has begun preparing discovery under Rule 16 of the Federal Rules of Criminal Procedure. Furthermore, the Government and Carlos Martir Esq., counsel for the defendant, are in the process of discussing a possible disposition of this case. The Government thus respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act from today until Friday, May 18, 2007, because

*Application granted*
*So ordered*
*Robert P. Patterson, USDJ*
*5/14/07*

the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney

By:    Sharon E. Frase
       Assistant United States Attorney
       Telephone:  (212) 637-2329
       Facsimile:  (212) 637-2937

cc:    Carlos Martir, Esq., *via facsimile*