UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

*Raveendra Puttaramu,*
*Defendant*

07 CR 348 (RPP)

ORDER OF DISCHARGE
FROM CUSTODY

**IT IS HEREBY ORDERED** that the above name defendant is hereby discharged from custody pursuant to the terms agreed upon in open court this day, with the consent of the Assistant United States Attorney for the Southern District of New York.

Dated: New York, New York   May 12, 2008

_____
Honorable Robert P. Patterson, Jr.
United States District Judge

USDC SDNY
DOCUMENT
5/16/08