UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                    S2   07 CR 348(RPP)

        V.                              **ORDER**

RAVEENDRA PUTTARAMU,
                Defendant.

_____

**ROBERT P. PATTERSON, JR., U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

        The above named defendant was sentenced on May 12, 2008.

        **IT IS SO ORDERED** that the Defendant's sealed plea, listed

on the docket sheet as docket entry # 24, is ordered unsealed.

Dated: May 20, 2008
       New York, New York

                            SO ORDERED.

                            _____
                            ROBERT P. PATTERSON, JR.
                            U.S.D.J.

cc: Carlos Martir, Jr.
    Sharon Frase, AUSA