AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   NEW YORK

UNITED STATES OF AMERICA
V.
RAVEENDRA PUTTARAMU

JUDGMENT IN A CRIMINAL CASE

Case Number: S2 1:07CR00348-01(RPP)

USM Number: 59900-054

CARLOS A. MARTIR, JR., ESQ.
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)   1, 2 and 3.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| T18 USC 371 | Conspiracy to Commit Food Stamp Fraud | 4/12/07 | 1 |
| T7 USC 2024(b)(1) and 2016, and 7 CFR 278.2 | Food Stamp Frand | 4/12/07 | 2 |
| T18 USC 641 | Theft of Food Stamp Benefits | 4/12/07 | 3 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been fonnd not gnilty on count(s) _____

☐ Count(s) _____ ☐ is   ☐ are dismissed on the motion of the United States.
x Underlying   1ndictments   ☐ is   x are dismissed on the motion of the United States.
☐ Motion(s) _____ ☐ is   ☐ are denied as moot.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitntion, costs, and special assessments imposed by this judgment are fnlly paid. 1f ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgmeut
5/12/08

_____
Signature of Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 52
DATE FILED: 5/19/02

Name and Title of Judge

5/19/08
Date

Judgment — Page 2 of 6

DEFENDANT: RAVEENDRA PUTTARAMU
CASE NUMBER: S2 1:07CR00348-01(RPP)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TIME SERVED.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on _____ .
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
         Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

**DEFENDANT:**    RAVEENDRA PUTTARAMU
**CASE NUMBER:**  S2 1:07CR00348-01(RPP)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on snpervised release for a    period of Two years.

The defendant must report to the probation office in the district to which the defendant is released within 72 honrs of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfnlly possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drng test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is snspended, based on the court's determination that the defendant poses a low risk of future substance abnse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous wcapon. (Check, if

x   The defendant shall cooperate in thc collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant rcsides, works, or student, as dircctcd by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domcstic violence. (Check, if applicable.)

If this judgmcnt imposes a fine or restitntion, it is a condition of supervised rclease that the defendant pay in accordance with the Schedulc of Payments sheet of this judgment.

The defendant must comply with thc standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave thc jndicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within thc first five days of each month;
3) the defendant shall answer truthfnlly all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify thc probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive usc of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frcquent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons cngaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or clsewhere and shall permit confiscation of any contraband obscrved in plain view of the probation officer;
11) the defendant shall notify the probation officcr within seventy-two hours of being arrcsted or questioned by a law enforcement officer;
12) the dcfendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by thc probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:      RAVEENDRA PUTTARAMU
CASE NUMBER:    S2 1:07CR00348-01(RPP)

## SPECIAL CONDITIONS OF SUPERVISION

Mandatory conditions of Supervised Release imposed along with the following special conditions:

-The defendant shall obey the immigration laws and comply with the directives of immigration authorities.

-The defendant is to report to the nearest Probation Officer within 72 hours of release from custody.

-The defendant is to be supervised by the district of residence, either by District of New Jersey or EDNY.

DEFENDANT: **RAVEENDRA PUTTARAMU**
CASE NUMBER: **S2 1:07CR00348-01(RPP)**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 300.00 | $ | $ 973,565.00 |

☐ The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. District Court-SDNY<br>500 Pearl Street<br>NY NY  10007<br>Attn: Cashier's Office<br>to be disbursed to the<br>USDA FNS HQ.<br>P.O. Box  979027<br>St. Louis, MO 63197-9000 | $973,565.00 | $973,565.00 | |
| **TOTALS** | $ _____ $973,565.00 | $ _____ $973,565.00 | |

☐ Restitution amount ordered pursuant to plea _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

  ☐ the interest requirement for   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: RAVEENDRA PUTTARAMU
CASE NUMBER: S2 1:07CR00348-01(RPP)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ $300.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

B ☐ Payment to begin immediately (may be combined    ☐ C,    ☐ D, or    ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;

F ☒ Special instructions regarding the payment of criminal monetary penalties:

    As the USDA FNS has suffered injury compensable under the Victim and Witness Protection Act in the amount of $973,565.00, the defendant shall make restitution in that amount to the USDC-SDNY, 500 Pearl Street, NY NY 10007, Attn: Cashier's Office, to be disbursed to the USDA FNS HQ, P.O. Box 979027, St. Louis, MO 63197-9000, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injury. Restitution shall be paid in monthly installments of at least $200.00 per month over a period of supervision to commence 30 days after the date of the judgment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States: $973,565.00.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.